File No. 10626

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x

Trustees of the LOCAL TILE INDUSTRY
WELFARE FUND, Trustees of the LOCAL 7
TILE INDUSTRY ANNUITY FUND, Trustees of
the TILE LAYERS LOCAL UNION 52 PENSION
FUND, Trustees of the BRICKLAYERS &
TROWEL TRADES INTERNATIONAL PENSION
FUND, and Trustees of the INTERNATIONAL
MASONRY INSTITUTE,

       Plaintiffs,

  -against-

MORRIS PARK CONTRACTING CORPORATION and
MPCC CORP.,

       Defendants.

------------------------------------x

Civil Action No. CV 11-00790
Mauskopf, Jr.
Go, M.J.

DEFENDANT MORRIS PARK
CONTRACTING CORPORATION'S
RESPONSE TO PLAINTIFFS'
<u>FIRST SET OF INTERROGATORIES</u>

  The defendant MORRIS PARK CONTRACTING CORPORATION (MORRIS PARK), by its attorneys, Feinstein & Nisnewitz, P.C. responds to plaintiffs' first set of interrogatories as follows:

  **1. Identify all persons who have possession, custody, or control of corporate Records of Morris Park.**

    ANSWER: Joseph Urbinati, Sr.
        1600 So. Ocean Boulevard
        Unit 1803
        Pompano Beach, FL 33062

  **2. Identify all persons who have possession, custody, or control of financial records of Morris Park.**

    ANSWER: Philip Rosenberg, CPA
        1 Linden Place
        Great Neck, NY

3. Identify all current and former owners and shareholders of Morris Park.

ANSWER: Joseph Urbinati, Jr. was a former owner of shares. Only Joseph Urbinati, Sr. is a current owner.

4. Identify all current and former officers of Morris Park.

ANSWER: Joseph Urbinati, Sr. and Joseph Urbinati were former officers. Only Joseph Urbinati, Sr. is a current officer.

5. Identify all current and former directors of Morris Park.

ANSWER: Joseph Urbinati, Sr.
Joseph Urbinati, Jr.
Haleem Zihenni

6. Identify all persons who currently or previously supervised tile setting and/or tile finishing work performed by employees of Morris Park.

ANSWER: Ryan DiNapoli
Leonard Zimpaglione

7. Identify all persons currently or previously employed or engaged by Morris Park whose duties relate or related to payroll.

ANSWER: Stephanie Pile and others whose identifies are not presently known.

8. For each person identified in response to Interrogatories 3 through 7, identify all corporate entities,

partnerships, and other business concerns with which that person is or was affiliated, employed, or otherwise connected.

> ANSWER: Joseph Urbinati, Jr., Ryan DiNapoli and Leonard Zimpaglione are presently employed by MPCC CORP. Defendant objects to any portion of the interrogatory that requests any other business concerns with which said persons are or were affiliated as it is not relevant and not likely to lead to admissible evidence.

9. Identify each of Morris Park's current and former suppliers.

> ANSWER: Defendant objects to this request on the grounds it is overly broad, burdensome and not calculated to lead to admissible evidence.

10. Identify all equipment currently or previously used or owned by Morris Park.

> ANSWER: MORRIS PARK does not presently own any equipment. Defendant objects to the balance of this interrogatory.

11. Identify all projects on which Morris Park performed or is performing tile setting and/or tile finishing work, and for each such project identify the owner, general contractor, or other person with which Morris Park contracted, the amount of the contract, the address of the jobsite, the persons whom Morris Park employed on the project as tile setters and/or tile finishers, the number of hours worked by each such person, the number of hours and dollar amounts of any contributions that Morris Park made to the Funds on behalf of each such person, the start and end dates of Morris Park's work

**at the site, and any subcontractor used by Morris Park.**

> ANSWER: Defendant MORRIS PARK has not performed any tile setting or tile finishing work since 2005.

Dated: Queens, New York
June 8, 2011

FEINSTEIN & WISNEWITZ, P.C.

_____
By: Sheldon Feinstein, Esq. (5861)
Counsel to the Firm
Attorneys for Defendants
42-40 Bell Boulevard
Bayside, New York 11361
718/631-0800

STATE OF NEW YORK )
                  ) SS.:
COUNTY OF QUEENS  )

       I, the undersigned, an attorney admitted to practice in the courts of New York State, state:

       That I am the attorney of record for defendant MORRIS PARK CONTRACTING CORPORATION in the within action; I have read the foregoing DEFENDANT MORRIS PARK CONTRACTING CORPORATION's RESPONSE TO PLAINTIFFS' FIRST SET OF INTERROGATORIES and know the contents thereof; the same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true.

       The reason this verification is made by me and not by plaintiff is that affirmant has his office in Queens County and plaintiff resides in Westchester County.

       The grounds of my relief as to all matters not stated upon my own knowledge are as follows: based upon conversations had with plaintiff and the records on this matter kept in affirmant's office.

       I affirm that the foregoing statements are true under the penalties of perjury.

Dated:   Queens, New York
       June 8, 2011

_____
SHELDON FEINSTEIN